UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ANTHONY CLAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:05-cv-27-WGH-RLY |
| SCHWAN'S HOME SERVICE, INC., | ) ) ) |
| Defendant. | ) |

## FINAL JUDGMENT ENTRY

Final judgment is entered in favor of the defendant, Schwan's Home Service, Inc. Plaintiff Anthony Clay's claims are hereby **DISMISSED, with prejudice.**

**Entered:** August 23, 2006

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

**Electronic copies to:**

Robert Peter Kondras Jr.
HUNT HASSLER & LORENZ LLP
kondras@huntlawfirm.net

Amy Suzanne Wilson
LOCKE REYNOLDS LLP
awilson@locke.com

Heather L. Wilson
LOCKE REYNOLDS LLP
hwilson@locke.com